UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE J. GAINES and BILLIE GAINES, ) <br> ) <br>               Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FLAGSTAR BANK, FSB, ) <br> ) <br>               Defendant. ) <br> ) | Case No. 2:12-cv-02154-JCM-GWF <br><br> **ORDER** |

      This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated December 19, 2012, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

      **IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **January 22, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 9th day of January, 2013.

                                            _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge