# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE J. GAINES and BILLIE GAINES, | |
| Plaintiffs, | Case No. 2:12-cv-02154-JCM-GWF |
| vs. | **ORDER** |
| FLAGSTAR BANK, FSB, | |
| Defendant. | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated December 19, 2012, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **January 22, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge