# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDDIE J. GAINES and BILLIE GAINES,

        Plaintiffs,                    Case No.  2:12-cv-02154-JCM-GWF

vs.                                        **ORDER**

FLAGSTAR BANK, FSB,

        Defendant.

       This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated December 19, 2012, required the parties to file a Joint Status Report regarding removed action no later than January 21, 2013.  To date the parties have not complied.  Accordingly,

       **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **February 15, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge